FILED
SEP 29 2016
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GEORGE LEE ODEMNS III, )
)
Plaintiff, )
) Case: 1:16-cv-01937  Jury Demand
v. ) Assigned To : Unassigned
) Assign. Date : 9/29/2016
TRUMP ORGANIZATION, *et al.*, ) Description: Pro Se Gen. Civil (F Deck)
)
Defendants. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED; it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

DATE: 7/23/2014